Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **14−45122−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Matthew L Braun                                Vicky Braun
  Box 242                                                 Box 242
  Anchorville, MI 48004                 Anchorville, MI 48004

Social Security No.:
  xxx−xx−9325                                 xxx−xx−2898

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal of Case Re: failure to appear at confirmation; infeasibility of plan** was entered on **6/6/17**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 6/6/17

                                                                               BY THE COURT


                                                            Katherine B. Gullo , Clerk of Court
                                                            UNITED STATES BANKRUPTCY COURT