U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

FILED
2017 JUN 13 A 11:49
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:
Matthew L. Braun

Vicky Braun

Debtors.
_____/

Case No. 14-45122
Chapter 13

Hon. Maria Oxholm

# APPLICATION TO REINSTATE CASE AND WAIVE FILING FEE

Now comes Debtors Matthew L. Braun and Vicky L. Braun, unrepresented by counsel, in want of counsel and aggrieved party in the above captioned case, in their own living person, timely, in the guidelines of Haines v. Kerner, 404 U.S. 519-421 and Petitions this Honorable Court as follows:

1. A Voluntary Petition in Bankruptcy was filed in this cause under Chapter 13 of the United States Bankruptcy Code on March 26, 2014.
2. Debtors failed to appear at the Confirmation hearing scheduled for June 5, 2017.
3. Debtors had no knowledge of this ORDER ADJOURNING HEARING REGARDING CONFIRMATION. (Docket # 183)
4. Debtors former Attorney Kurt O'Keefe (P30718) "be allowed to withdraw as counsel for Debtors, on this Chapter 13 case as well as Adversary Case number 14-04742."

(Docket # 185)

5. Debtors were never given the files and filing history of what former Attorney Kurt O'Keefe (P30718) had filed in this case at bar or Adversary Case number 14-04742.
6. This action by former Attorney Kurt O'Keefe (P30718) caused the Debtors to fail to appear at the Confirmation hearing scheduled for June 5, 2017.
7. Debtors had NO KNOWLEDGE of the Confirmation hearing scheduled for June 5, 2017.
8. Debtors request that Automatic Stay be reinstated.

14-45122-mlo    Doc 201    Filed 06/13/17    Entered 06/13/17 11:56:49    Page 1 of 4

9. Debtors request that Adversary Case number 14-04742 be reinstated.

10. Debtors' request that the Notice of Dismissal (Docket # 199) be set aside and the cause be reinstated so that the Confirmation hearing can be rescheduled.

That Debtors request that the filing fee be waived due to the error.

WHEREFORE, Debtors' pray that this Honorable Court reinstate the captioned Voluntary Petition in Bankruptcy so that the Confirmation hearing can be rescheduled.

Nunc pro tunc
All Rights Reserved
June 13, 2017

*Matthew Braun* (signature)

Matthew Braun

*Vicky Braun* (signature)

Vicky Braun

P O Box 242
Anchorville, MI. 48004
(586) 615-1762
anchorbayliving@gmail.com

U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

| | |
|---|---|
| In re: )<br>Matthew L. Braun )<br>)<br>Vicky Braun )<br>)<br>Debtors. )<br>_____/ )<br>) | Case No. 14-45122<br>Chapter 13<br>Hon. Maria Oxholm |

## ORDER REINSTATING CASE AND WAIVING FILING FEE

IT IS HEREBY ORDERED that Case No. 14-45122 be reinstated.

IT IS HEREBY ORDERED that Case number 14-04742 be reinstated.

IT IS HEREBY ORDERED that Automatic Stay Case No. 14-45122 be reinstated.

IT IS FURTHER ORDERED that the Debtors' Confirmation hearing shall be rescheduled by the Court.

IT IS FURTHER ORDERED that the filing fee for the Motion to Reinstate is hereby waived.

U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

In re:                                      )
Matthew L. Braun                            )    Case No. 14-45122
                                            )    Chapter 13
Vicky Braun                                 )
                                            )    Hon. Maria Oxholm
Debtors.                                    )
_____ /               )

## CERTIFICATE OF SERVICE

### APPLICATION TO REINSTATE CASE AND WAIVE FILING FEE

Matthew L Braun and Vicky Braun certify that on this 13th day of June 2017 a copy of the foregoing documents filed in the UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN, were served upon the following parties via U.S.P.S. first class mail:.

TAMMY TERRY
535 Griswold, Suite 2100
Detroit MI 48226

Maria A. Diakoumakis                  YULIY OSIPOV
10 S. Wacker Drive                    20700 Civic Center Drive, Suite 420
Suite 2300                            Southfield, MI 48076
Chicago, IL 60606

Crystal L. Price-Buckley              Jong-Ju Chang
31440 Northwestern Highway            39577 Woodward Avenue
Suite 200                             Suite 300
Farmington Hills, MI 48334            Bloomfield Hills, MI 48304

Chase Home Finance                    INTERNAL REVENUE SERVICE
PO 21983                              CENTRALIZED INSOLVENCY OPERATIONS
Greensboro, NC 27420                  PO BOX 7346
                                      PHILADELPHIA PA 19101-7346

Comcast Cable                         St John's River District Hospital
PO BOX3006                            41600 River Road
Southeastern, PA 19398-3006           East China, MI 48054

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June 2017, at Saint Clair County, Michigan.

*Matthew Braun* (signature)
Matthew Braun

*Vicky Braun* (signature)
Vicky Braun
P O Box 242
Anchorville, MI. 48004
(586) 615-1762
anchorbayliving@gmail.com