# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 14−45122−mlo
Chapter: 13
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Matthew L Braun | Vicky Braun |
| Box 242 | Box 242 |
| Anchorville, MI 48004 | Anchorville, MI 48004 |

Social Security No.:

xxx−xx−9325                    xxx−xx−2898

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*201* – Application To Reinstate Case And Waive Filing Fee Filed by Debtor Matthew L Braun (lcl)

will be held on: 6/19/17 at 02:00 PM at Courtroom 1875, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 6/16/17

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court