# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 14−45122−mlo
Chapter: 13
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
   Matthew L Braun                          Vicky Braun
   Box 242                                       Box 242
   Anchorville, MI 48004              Anchorville, MI 48004

Social Security No.:
   xxx−xx−9325                            xxx−xx−2898

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*201* − Application To Reinstate Case And Waive Filing Fee Filed by Debtor Matthew L Braun (lcl)

will be held on: 6/19/17 at 02:00 PM at Courtroom 1875, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 6/16/17

                                                    BY THE COURT

                                                    Katherine B. Gullo, Clerk of Court
                                                    U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                        Case No. 14-45122-mlo
Matthew L Braun                                               Chapter 13
Vicky Braun
         Debtors                CERTIFICATE OF NOTICE
District/off: 0645-2      User: csiku              Page 1 of 1        Date Rcvd: Jun 16, 2017
                          Form ID: nthrgBK         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
db/jdb        +Matthew L Braun,   Vicky Braun,   Box 242,   Anchorville, MI 48004-0242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
              Anthony James Miller    on behalf of Creditor    Northpointe Shores, LLC am@osbig.com,
               tonymiller849@gmail.com
              Crystal L. Price-Buckley    on behalf of Creditor    JPMorgan Chase Bank, National Association
               easternecf@trottlaw.com,   mitrottlaw@ecf.courtdrive.com
              Jong-Ju  Chang    on behalf of Defendant    Chase Home Finance,LLC jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Jong-Ju  Chang    on behalf of Defendant    JPMorgan Chase Bank N.A. jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Kurt A. OKeefe    on behalf of Attorney Kurt  Okeefe koklaw@gmail.com,   koklaw@hotmail.com
              Marcy J. Ford    on behalf of Creditor    JPMorgan Chase Bank, National Association
               easternecf@trottlaw.com,   mitrottlaw@ecf.courtdrive.com
              Maria A. Diakoumakis    on behalf of Defendant    JPMorgan Chase Bank N.A. mdiakoumakis@dykema.com
              Maria A. Diakoumakis    on behalf of Defendant    Chase Home Finance,LLC mdiakoumakis@dykema.com
              Robert N. Bassel    on behalf of Joint Debtor Vicky  Braun bbassel@gmail.com,
               robertbassel@hotmail.com;ecfbassel@gmail.com
              Scott F. Smith    on behalf of Plaintiff Vicky L Braun smithsf.law@gmail.com,
               G9032@notify.concompass.com;mariannelson.smithlaw@gmail.com
              Scott F. Smith    on behalf of Attorney Scott F Smith smithsf.law@gmail.com,
               G9032@notify.concompass.com;mariannelson.smithlaw@gmail.com
              Scott F. Smith    on behalf of Plaintiff Matthew L Braun smithsf.law@gmail.com,
               G9032@notify.concompass.com;mariannelson.smithlaw@gmail.com
              Scott F. Smith    on behalf of Plaintiff Vicky  Braun smithsf.law@gmail.com,
               G9032@notify.concompass.com;mariannelson.smithlaw@gmail.com
              Tammy L. Terry    mieb_ecfadmin@det13.net
              Yuliy  Osipov    on behalf of Creditor    Northpointe Shores, LLC yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 15